In the Matter of the Application for the Appointment of a Committee for the Person and Estate of Samuel A. Silverman, Appellant, an Alleged Incompetent

Person. WILLIAM SILVERMAN, HELEN SILVERSTEIN and HARRY SILVERMAN, Respondents; ALBERT SILVERMAN and RUTH SILVERMAN, Appellants. (Appeal No. 1.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. (See *Matter of Frank*, 250 App. Div. 756; *Matter of Grau*, 205 id. 893.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [Order for examination by psychiatrist.]